UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CARZELL AGUIRRE, | ) |
| | ) |
| Plaintiff, | ) Case: 1:24-cv-05420 |
| | ) |
| v. | ) |
| | ) |
| MIDWAY BUILDING | ) |
| | ) |
| SERVICES, LTD., | ) |
| | ) |
| Defendant, | |

## NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that Carzell Aguirre ("Plaintiff") and Midway Building Services, LTD., ("Defendant"), hereby notify the Court that the parties have reached settlement and are in the process of completing the settlement agreement and filing dismissal papers. The parties anticipate filing dismissal papers within 60 days.

Dated this 1st day of April 2025.

/s/ Alexander J. Taylor
Alexander J. Taylor, Esq.
Mohammed Badwan, Esq.
**SULAIMAN LAW GROUP LTD.**
2500 S. Highland Avenue, Suite 200
Lombard, Illinois 60148
Phone (630) 575-8181 ext. 113
Fax (630) 575 - 8188
ataylor@sulaimanlaw.com
nvolheim@sulaimanlaw.com

*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on this 1st day of April 2025, a true and correct copy foregoing has been provided electronically via CM/ECF, electronic mail and/or U.S. mail to all parties of record.

                                      */s/ Alexander J. Taylor*
                                      Alexander J. Taylor, Esq.