# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Carzell Aguirre

                           Plaintiff,

v.                                                 Case No.: 1:24−cv−05420
                                                   Honorable Sharon Johnson Coleman

Midway Building Services, Ltd.

                           Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, April 7, 2025:

      MINUTE entry before the Honorable Sharon Johnson Coleman: Status hearing held on 4/7/2025. Counsel for plaintiff did not appear nor contact the Court. Counsel for defendant reported that the parties have settled, the agreement is signed, and the check has been issued and sent out. Case is dismissed without prejudice for 7 days. If no motion to reinstate is filed by 4/14/2025, the dismissal shall automatically convert to one with prejudice with no further action by the Court. Civil case terminated. Mailed notice. (ym)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.